BROWN GAVALAS & FROMM LLP
Attorneys for Plaintiff
KAWASAKI KISEN KAISHA, LTD.
355 Lexington Avenue
New York, New York 10017
212-983-8500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

KAWASAKI KISEN KAISHA, LTD.,

          Plaintiff,

-against-

CARGILL INTERNATIONAL, S.A.,

          Defendant.
----------------------------------------------------------X

08 CV

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiff, KAWASAKI KISEN KAISHA, LTD., certifies that there are no corporate parents, subsidiaries, or affiliates of this party which are publicly held.

Dated: New York, New York
      May 23, 2008

                    BROWN GAVALAS & FROMM LLP
                    Attorneys for Plaintiff
                    KAWASAKI KISEN KAISHA, LTD.

By: _____
     Peter Skoufalos (PS-0105)
     355 Lexington Avenue
     New York, New York 10017
     212-983-8500